**STATE of Missouri, Respondent,**

v.

**Alfred BOYD, Appellant.**

**No. WD 34611.**

Missouri Court of Appeals,
Western District.

Dec. 6, 1983.

Motion For Rehearing and/or Transfer to Supreme Court Overruled and Denied Jan. 31, 1984.

Application to Transfer Denied March 20, 1984.

James W. Fletcher, Public Defender, Sean D. O'Brien, Asst. Pub. Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Frank A. Rubin, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and CLARK and KENNEDY, JJ.

### ORDER

PER CURIAM:

This is a direct appeal from a jury conviction for capital murder, in violation of

§ 565.001, RSMo 1978. The jury imposed a life sentence without eligibility for probation until a minimum of 50 years is served. Jurisdiction is vested in this court pursuant to Mo. Const. Art. V, § 3, as amended effective December, 1982. *State v. Martin,* 644 S.W.2d 359 (Mo. banc 1983).

No jurisprudential purpose would be served by a written opinion. Judgment affirmed. Rule 30.25(b).

All concur.